IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GENTEX CORPORATION and INDIGO TECHNOLOGIES, LLC,<br><br>   Plaintiffs,<br><br>THALES VISIONIX, INC.,<br><br>   Involuntary Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. and FACEBOOK TECHNOLOGIES, LLC,<br><br>   Defendants. | Case No.: 6:21-cv-00755-ADA<br><br>**JURY TRIAL DEMANDED** |

### NOTICE REGARDING PENDING VENUE DISCOVERY RELATED TO DEFENDANTS' OPPOSED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)

On February 18, 2022, Defendants moved to transfer this case to the Northern District of California under 28 U.S.C. § 1404(a). Dkt. No. 39. On February 22, 2022, the parties agreed that Plaintiffs could have until March 8, 2022 to respond to Defendants' Motion to Transfer to the Northern District of California. Dkt. No. 42. On February 23, 2022, Plaintiffs initiated venue discovery from Defendants pursuant to this Court's November 17, 2021 Standing Order Governing Proceedings- Patent Cases Version 3.5.1 and this Court's June 8, 2021 Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases; therefore, Plaintiffs' Response to Defendants' Motion to Transfer to the Northern District of California has been extended.

Dated:  February 25, 2022

Respectfully Submitted,

/s/ G. Blake Thompson
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard Street
Henderson, Texas 75654
Tel: 903-657-8540
Fax: 903-657-6003

David I. Berl (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
D. Shayon Ghosh (*pro hac vice*)
Arthur John Argall III (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: 202-434-5000
Fax: 202-434-5029
dberl@wc.com
aharber@wc.com
sghosh@wc.com
aargall@wc.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 25, 2022, a true and correct copy of the foregoing was served to the parties' counsel of record via ECF.

/s/ G. Blake Thompson
**G. Blake Thompson**